**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARSHA KELLY, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | JUDGE _____ |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BROOKS, *et al.*, | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT FOR UNIVERSITY** |
| Defendant. | ) | **HOSPITALS HEALTH SYSTEMS, INC.** |

Pursuant to the Corporate Disclosure Statement provision in Local Civil Rule 3.13(c):

Any non-governmental corporate party to a proceeding must file a statement identifying all its

parent, subsidiary and other affiliate corporations and listing any publicly held company that

owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint,

answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation

to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on
behalf of:

University Hospitals Health Systems, Inc. dba University Hospitals

1.    Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

_____ Yes                _X_ No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate
corporation and the relationship between it and the named party:

2.    Is there a publicly owned corporation, not a party to the case, that has a financial interest
in the outcome?

_____ Yes                _X_ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Respectfully submitted,

*/s/ Heather M. Lutz*

Barton A. Bixenstine (0034130)
Heather M. Lutz (0082237)
VORYS, SATER, SEYMOUR AND PEASE LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Telephone: (216) 479-6100
Facsimile: (216) 479-6060
E-Mail: babixenstine@vorys.com
          hmlutz@vorys.com

*Attorneys for Defendants University Hospitals Health Systems, Inc., University Hospitals Medical Group, Inc., and David Brooks*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Corporate Disclosure Statement for University Hospitals Health Systems, Inc.* was served upon counsel for Plaintiff, Christopher P. Thorman, Thorman & Hardin-Levine Co., L.P.A., 3100 Terminal Tower, 50 Public Square, Cleveland, Ohio 44113, by regular U.S. mail, postage prepaid, this 16th day of April, 2013.

*/s/ Heather M. Lutz*_____
One of the attorneys for Defendants University
Hospitals Health System, Inc., University Hospitals
Medical Group, and David Brooks

3

4/16/2013 15958542