**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MARSHA KELLY, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | JUDGE _____ |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BROOKS, *et al.*, | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT FOR UNIVERSITY** |
| Defendant. | ) | **HOSPITALS MEDICAL GROUP, INC.** |

Pursuant to the Corporate Disclosure Statement provision in Local Civil Rule 3.13(c): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

> University Hospitals Medical Group, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    _____ Yes      _X_ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    _____ Yes      _X_ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

[                                                                 ]

                               Respectfully submitted,

                               */s/ Heather M. Lutz*
                               Barton A. Bixenstine (0034130)
                               Heather M. Lutz (0082237)
                               VORYS, SATER, SEYMOUR AND PEASE LLP
                               2100 One Cleveland Center
                               1375 East Ninth Street
                               Cleveland, Ohio 44114-1724
                               Telephone: (216) 479-6100
                               Facsimile: (216) 479-6060
                               E-Mail: babixenstine@vorys.com
                                          hmlutz@vorys.com

                               *Attorneys for Defendants University Hospitals Health Systems, Inc., University Hospitals Medical Group, Inc., and David Brooks*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Corporate Disclosure Statement for University Hospitals Medical Group, Inc.* was served upon counsel for Plaintiff, Christopher P. Thorman, Thorman & Hardin-Levine Co., L.P.A., 3100 Terminal Tower, 50 Public Square, Cleveland, Ohio 44113, by regular U.S. mail, postage prepaid, this 16th day of April, 2013.

/s/ *Heather M. Lutz*
One of the attorneys for Defendants University Hospitals Health System, Inc., University Hospitals Medical Group, and David Brooks